**Order filed October 20, 2015**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-14-00683-CV**

_____

**FREDERIC SCOTT DEAVER, Appellant**

**V.**

**RIDDHI DESAI AND SHILPI PANKAJ DESAI, Appellee**

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2014-18950**

## O R D E R

The clerk's record was filed November 5, 2014. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain a copy of "Shilpi Desai's Response to Defendant's Motion to Dismiss," filed in the trial court on July 25, 2014

The Harris County District Clerk is directed to file a supplemental clerk's record on or before October 30, 2015, containing a copy of "Shilpi Desai's Response to Defendant's Motion to Dismiss," filed in the trial court on July 25, 2014.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM